No. 838. MUNICIPALITY OF GUAYANILLA *v.* PUBLIC SERVICE COMMISSION OF PUERTO RICO ET AL. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Ismael Soldevila* and *Pedro M. Porrata* for petitioner. *Messrs. William Cattron Rigby, George A. Malcolm,* and *Nathan R. Margold* for the Public Service Commission; and *Mr. C.*

588

*Dominguez Rubio* for J. Stella Rodríguez, respondents.